UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELVIN J. HENSON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 12-3053** |
| **CAROLYN COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: "B" (4)** |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no objections have been filed to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Melvin Henson's Supplemental Security Income Benefits and Disability Insurance Benefits be **REVERSED AND REMANDED** for further proceedings consistent with this opinion.

New Orleans, Louisiana, this 11th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE